BERNARD REILLY, late Sheriff, etc., Respondent, *v.* JOHN MOFFAT et al., Appellants.

(Argued April 26, 1887; decided May 10, 1887.)

*P. W. Ostrander* for appellants.

*Henry Thompson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

AUGUSTUS W. KINGSBURY et al., Assignees, etc., Appellants, *v.* WILLIAM W. THOMAS et al., Respondents.

(Argued April 26, 1887; decided May 10, 1887.)

*M. M. Waters* for appellants.

*William Allen Butler* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.